# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| 4505 MADISON LLC, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 20-00590-CV-W-BCW |
| TRAVELERS INDEMNITY COMPANY OF AMERICA, | ) |
| Defendant(s). | ) |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's motion to dismiss, is hereby GRANTED. It is further

**ORDERED** that

Plaintiff's motion to stay, is hereby denied. It is further

**ORDERED** that

Plaintiffs complaint, is hereby dismissed with prejudice.

| | |
|---|---|
| _February 23, 2021_ | _Paige Wymore-Wynn_ |
| Date | Clerk |

| | |
|---|---|
| Entered on _February 23, 2021_ | _/s/ Christy Anderson_ |
| | (By) Deputy Clerk |