# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## AMENDED JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| 4505 MADISON LLC, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 20-00590-CV-W-BCW |
| TRAVELERS INDEMNITY COMPANY OF AMERICA, | ) |
| Defendant(s). | ) |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's motion to dismiss, is hereby GRANTED.  It is further

**ORDERED** that

Plaintiff's motion to stay, is hereby denied.  It is further

**ORDERED** that

Plaintiffs complaint, is hereby dismissed without prejudice.

| | |
|---|---|
| _March 2, 2021_ | _Paige Wymore-Wynn_ |
| Date | Clerk |

| | |
|---|---|
| Entered on _March 2, 2021_ | _/s/ Christy Anderson_ |
| | (By) Deputy Clerk |